# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:18-cr-40-Orl-31DCI**

**CHRISTIAN ROMAN**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR JUDGMENT OF ACQUITTAL AND FOR NEW TRIAL (Doc. No. 52)
>
> **FILED:** August 8, 2018
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED.** In seeking a judgment of acquittal, the Defendant relies upon arguments already rejected by the Court (Doc. 55) in his motion to dismiss (Doc. 15). For the reasons stated in this Court's order of July 11, 2018, the Court concludes that those arguments do not merit a judgment of acquittal. As for the request for a new trial, the Court finds that there was substantial evidence presented at trial from which a jury could reasonably find the Defendant guilty beyond a reasonable doubt. *United States v. Robertson*, 493 F.3d 1322, 1329 (11th Cir. 2007). The Government presented testimony that the Defendant was employed by the TSA and that he was working at the airport the day the victim's purse was stolen from the security checkpoint, along with still photos of him rummaging through her bag and video of him leaving the checkpoint with her purse in his hand. Such evidence, viewed in the light most favorable to the Government, was more than sufficient to find the Defendant guilty of theft by an employee of the United States in violation of 18 U.S.C. § 654.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant